■ In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property for the Queens Midtown Expressway and the Brooklyn-Queens Expressway in the Borough of Queens. Metromedia, Inc., Appellant; City of New York, Respondent.— In a condemnation proceeding, fee claimant Metromedia, Inc., appeals from so much of the twelfth separate and partial final decree of the Supreme Court, Queens County, dated July 24, 1973, as made a fee award to said claimant in the amount of $92,400. Decree modified, on the law and the facts, by increasing said fee award to $107,000. As so modified, decree affirmed, insofar as appealed from, with costs to appellant. Where properties such as those under consideration here are benefited by

permitted nonconforming usage for industrial signs, reasonable increment for such nonconforming rights should have been allowed. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.